**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-22930-CV-WILLIAMS**

GLEN TOWNSEND,

     Plaintiff,

v.

BOARD OF VETERANS APPEALS,

     Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren F. Louis' Report and Recommendation (DE 22) ("*Report*") on Plaintiff Glen Townsend's Application to Proceed in District Court Without Prepaying Fees or Costs (DE 11) ("*Motion*"). In the Report, Judge Louis recommends that the Court deny the Motion and dismiss the Amended Complaint with prejudice for lack of subject matter jurisdiction. (DE 22 at 1, 4–9). Given the lack of jurisdiction, Judge Louis concludes that any further amendment would be futile. (*Id.* at 8). No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Louis' Report (DE 22) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion (DE 11) is **DENIED**.

3. Plaintiff's Amended Complaint (DE 20) is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to **CLOSE** this case. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>9th</u> day of July, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE